JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURK N. ASHFORD, | Case No. LA CV 17-5361 DMG (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SCOTT KERNAN, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: September 5, 2017

HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE